UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

Cn 4853

Trenton, NJ  08650

(609) 587-6888

In re:

Jorge E. Nieves, Jr.

Debtor(s)

**Order Filed on June 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12247 / KCF

Hearing Date:  06/14/2017

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: June 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 02/05/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

> $541.04 PAID TO DATE
>
> $135.01 for 56 months beginning 07/01/2017
>
> The balance of the plan shall be paid by the debtor(s) non-exempt proceeds from a Personal Injury lawsuit and/or Workers Compensation case.

**ORDERED** that the case is confirmed at 100%, which includes a minimum of $97,832.00 dividend to general unsecured creditors due to non-exempt equity in property.

**ORDERED**   that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) must keep the Standing Trustee updated with the status of the debtor(s) personal injury claim, and any non-exempt proceeds of said claim shall be paid to the Trustee for the benefit of creditors.

**ORDERED** that the debtor(s) must keep the Standing Trustee updated with the status of the debtor(s) pending lawsuit, and any non-exempt proceeds from said lawsuit shall be paid to the Trustee for the benefit of creditors.

      **LAWSUIT DETAILS:  Workers Compensation**

**ORDERED** that the debtor(s) is to complete a sale or refinance of property located at 202 Perry Street  by February 14, 2018, and any non-exempt proceeds of said sale or refinance shall be paid to the Trustee for the benefit of creditors.

**ORDERED** that the debtor(s) must obtain a loan modification by September 1, 2017 or as extended

by Loss Mitigation Order.

> • Creditor The Bank of New York Mellon c/o Ditech Financial, PACER claim #10-1, will be
>
> paid outside of the Chapter 13 Plan.

**ORDERED** that the claim of Internal Revenue Service, court claim #2-2, will be paid as if in the plan,

and the Trustee is authorized to pay such claim.

**ORDERED** as follows:

In addition to the payments set forth above, the debtor(s) shall remit any non-exempt proceeds from the

sale or refinance of 202 Perry Street to the Chapter 13 Trustee.

Amended Schedule C removing D(1) exemption on rental property shall be filed by July 31, 2017.

Both Modified Plans filed June 13, 2017, docket #33 and #34, shall be withdrawn by July 31, 2017.

*Order Confirming Chapter 13 Plan* *Page 4 of 4*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12247-KCF
Jorge E. Nieves, Jr.                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1            Date Rcvd: Jun 23, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db              +Jorge E. Nieves, Jr.,   3 Manor House Drive,   Ewing, NJ 08638-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Allen I Gorski    on behalf of Creditor   Gorski & Knowlton PC agorski@gorskiknowlton.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5