| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| Law Office of Sklar Smith-Sklar<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor | |
| In Re:<br><br>Jorge E Nieves, Jr., | Case No.:  17-12247<br>Chapter:  13<br>Judge:  KCF |

Order Filed on July 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/01/2018_____ :

Property:    3 Manor House Drive, Trenton, NJ 08638

Creditor:    Ditech Mortgage

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by  Candyce I. Smith-Sklar, Esq. , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2