UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

In Re:

Jorge E Nieves, Jr.,

Order Filed on August 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12247

Chapter: 13

Judge: KCF

CORRECTED

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/01/2018_____ :

Property:   3 Manor House Drive, Trenton, NJ 08638

Creditor:   Carrington Mortgage Services, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  Candyce I. Smith-Sklar, Esq.  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*