Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–12247–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jorge E. Nieves Jr.
3 Manor House Drive
Ewing, NJ 08638
Social Security No.:
xxx–xx–7734
Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 23, 2017.

On December 19, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                        January 23, 2019
Time:                        10:00 AM
Location:                   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 21, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-12247-KCF
Jorge E. Nieves, Jr.                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 21, 2018
                             Form ID: 185              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db             +Jorge E. Nieves, Jr.,   3 Manor House Drive,   Ewing, NJ 08638-1727
r              +Anna Appolonia,   Hertiage House Sotheby's Int't. Realty,   38 Main Street,
                 Holmdel, NJ 07733-2106
lm            +++DITECH MORTGAGE,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech Mortgage,   332 Minnesota State,   Suite 610,
                 Saint Paul, MN 55101)
516630131      +Allen Gorski, Esq,   311 Whitehorse Ave., Suite A,   Trenton, NJ 08610-1430
516630132      +B&B Collections, Inc.,   PO Box 2137,   Toms River, NJ 08754-2137
516630133      +Capital Health System,   Attn: Patient Accounts,   1 Capital Way,   Pennington, NJ 08534-2520
516630134      +Capital Health System,   Attn: Patient Accoutns,   1 Capital Way,   Pennington, NJ 08534-2520
516767872       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516630135      +Capital Pathology,   PO Box 789292,   Philadelphia, PA 19178-9292
516630136      +Children's Specialized Hospital,   PO Box 15391,   Newark, NJ 07192-5391
516630137      +Comprehensive Sleep Associates of NJ,   PO Box 8500-9052,   Philadelphia, PA 19178-0001
516630138      +Credit Control, LLC,   PO Box 488,   Hazelwood, MO 63042-0488
516630139      +D&S LTD,   13809 Research Blvd.,   Suite 800,   Austin, TX 78750-1211
516630140     +++DITECH,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,   332 Minnesota State Suite 610,   Saint Paul, MN 55101)
516630141      +Ewing township sewer taxes,   2 Jake Garzio Drive,   Ewing, NJ 08628-1544
516642514      +Gorski & Knowlton PC,   311 Whitehorse Avenue,   Suite A,   Hamilton, NJ 08610-1430
516630142      +Horizon Blue Cross Blue Shield of NJ,   PO Box 10193,   Newark, NJ 07101-3117
516630143      +I.C. System, Inc.,   PO box 64373,   Saint Paul, MN 55164-0373
516630145      +Kols/capone,   N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
516630146      +Laboratory Corp of America Holdings,   PO Box 2240,   Burlington, NC 27216-2240
516630147      +Merchants & Medical Creditr Corp.,   6324 Taylor Drive,   Flint, MI 48507-4685
516630148      +Norma Lilia Chagoya-Garcia,   3 Manor House Drive,   Trenton, NJ 08638-1727
516630150      +Ocean Home Health,   QMES New Jersey Region,   PO Box 71413,   Philadelphia, PA 19176-1413
516630151      +Pleuse, Becker and Saltzman,   Attys for BNY/Mellon,   20000 Horizon Way, Suite 900,
                 Mount Laurel, NJ 08054-4318
516630152      +State of New Jersey,   DCA BHI DORES,   PO Box 662,   Trenton, NJ 08646-0662
516630153      #+Sure Recovery Service,   PO Box 818,   Jackson, NJ 08527-0818
516630154       Sweeney and Sheehan attys for Aguilar,   John M. Corcoran, ESq.,   Sentry Office Plaza,
                 216 Haddon Avenue, Suite 500,   Sewell, NJ 08080
517226662      +The Bank of New York Mellon,   PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
517261723      +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,   Anaheim, CA 92806-5948
517261724      +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,   Anaheim, CA 92806,   The Bank of New York Mellon, et al,
                 c/o Carrington Mortgage Services, LLC 92806-5948
516630155      +Trident Asst,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
516630157      +United States Attorney General,   US Department of Justice,   Ben Franklin Station,
                 PO Box 683,   Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 23:51:37   Internal Revenue Service,
                 955 South Springfield Avenue,   Building A,   Springfield, NJ  07081
516756014       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 00:02:00
                 Ashley Funding Services, LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC  29603-0587
516874894       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 00:01:35
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516677628      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2018 00:01:52   Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516870872      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2018 00:01:53   Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
516880103       E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2018 23:51:43
                 THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City, SD 57709-6154
516630156      +E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56   United States Attorney,
                 Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
516872294      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 00:02:30   Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 10
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                              Form ID: 185             Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516630130        Albert Russo, Standing Chapter 13 Truste
cr*            +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
516630144*     +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
516630149      ##+Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
                                                                       TOTALS: 1, * 2, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Allen I Gorski   on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Candyce Ilene Smith-Sklar   on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com
              Denise E. Carlon   on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 6
```