UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2©)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

**Jorge E. Nieves, Jr,,**

                Debtor



**Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 17-12247-KCF

Chapter 13

Hearing Date: 4/24/19; 9:00am

Chief Judge: Kathryn C Ferguson

# ORDER APPROVING POST-PETITION LOAN MODIFICATION WITH CARRINGTON MORTGAGE SERVICES, LLC

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 9, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Loan Modification, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby is allowed to Assume the Mortgage Debt contingent upon consummation of the modified terms of the loan agreement with Carrington Mortgage Services on real property located at 3 Manor House Drive, Ewing, NJ 08638 pursuant to the terms outlined in the debtor's certification in support of the motion; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
_____ Satisfy all Plan obligations from financing proceeds
_____ Continue to make payments under the Plan as proposed or confirmed until approval of the loan modification
__X__ Modify the Plan as follows:
Remove mortgage arrears from plan payments

ORDERED that debtor's counsel be allowed a legal fee of $ 750.00 for representation in connection with this motion, which is to be paid (chose one):
____ at closing        __X__ through the plan        ____ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the modified loan if approved; and it is further

ORDERED that Fed. R. Bankr. P. 6004(g), which provides for a ten (10) day stay of this order,

___ is applicable        _X_ is not applicable

ORDERED that the following other provisions apply:

1. Debtor is granted approval to enter into a permanent loan modification.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Jorge E. Nieves, Jr.  
    Debtor

Case No. 17-12247-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 09, 2019  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
db          +Jorge E. Nieves, Jr.,   3 Manor House Drive,    Ewing, NJ 08638-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo    docs@russotrustee.com  
          Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com  
          Candyce Ilene Smith-Sklar    on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com, r56958@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 6