UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
KEITH D. SKLAR, ESQ.
*Attorney for Debtor*

In Re:

    **Jorge E Nieves, Jr.**

Case No.: 17-12247(MBK)

Adv. No.: _____

Hearing Date: 8/4/2020; 9:00 AM

Judge: Michael B. Kaplan

# CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

    x represent the Debtor's in the above-captioned matter.

    ❏ am the secretary/paralegal for_____, who represent the _____ in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On 07/08/2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: : **I served the Motion to Sell Real Property, Certification and Order.**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated

Dated: 07/07/2020             */s/ Keith D. Sklar, Esq.*
                                                   Keith D. Sklar, Esq.

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Jorge E Nieves, Jr.<br>3 Manor House Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Ditech<br>332 Minnesota State, Suite 610<br>Saint Paul, MN 55101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Pleuse, Becker and Saltzman<br>Atty for BNY/Mellon<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Gorski & Knowlton, PC<br>311 Whitehorse Avenue - Suite A<br>Hamilton, NJ 08610<br>Attn: Allen I. Gorski | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| Internal Revenue Service<br>955 South Springfield Avenue<br>Springfield, NJ 07081<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>Department of the Treasury<br>ACS Support-Stop 5050<br>PO Box 219236<br>Kansa City, MO 64121<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| United States Attorney<br>970 Broad Street 7th Floor<br>Newark, NJ 07101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Assistant Attorney General<br>Department of Justice<br>Tax Divisions, Eastern Region<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Jim Lessing James<br>2346 Rt. 33-Suite 107<br>Robbinsville, NJ 08691 | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| All Creditors and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

   * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.