UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Jorge Nieves,<br>    Debtor | Case No.: 17-12247<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

____Keith D. Sklar, Esq.____, __attorney for Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
CLERK UNITED STATES BANKRUPTCY COURT
CLARKSON S. FISHER FED. COURTHOUSE
402 E. STATE STREET, ROOM 2
TRENTON, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, Chief Judge__ on __August 4, 2020__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 E. State Street, Trenton, NJ  08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   Apartment and storefront connected to the same located at 202 Perry Street, Trenton, NJ  08618

Proposed Purchaser:
Samuel Lopez
207 N. Brook Drive, Milltown, NJ  08850

Sale price:
$245,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Keller Williams Real Estate

Amount to be paid:   3% commission due to listing agent

Services rendered:   List property, secure buyer, prepare documents and close title

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Keith D. Sklar, Esq., c/o Law Offices of Sklar Smith-Sklar, LLC

Address: 1901 N. Olden Avenue, Suite 22, Ewing, NJ  08618

Telephone No.: (609) 882-9800  Fax:  (609) 538-1399  email:  mail@njpalaw.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-12247-MBK
Jorge E. Nieves, Jr.                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jul 09, 2020
                              Form ID: pdf905          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
```
db             +Jorge E. Nieves, Jr.,   3 Manor House Drive,   Ewing, NJ 08638-1727
r              +Anna Appolonia,   Hertiage House Sotheby's Int't. Realty,   38 Main Street,
                Holmdel, NJ 07733-2106
lm           ++++DITECH MORTGAGE,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech Mortgage,   332 Minnesota State,   Suite 610,
                Saint Paul, MN  55101)
r              +James Lessing,   Gloria Nilson & Co.,   2346 Route 33,   Suite 107,
                Robbinsville, NJ 08691-1419
r             #+Marva Morris,   Gloria Nilson & Co. Real Estate,   2346 Route 33,   Suite 107,
                Robbinsville, NJ 08691-1419
516630131      +Allen Gorski, Esq,   311 Whitehorse Ave., Suite A,   Trenton, NJ 08610-1430
516630132      +B&B Collections, Inc.,   PO Box 2137,   Toms River, NJ 08754-2137
516630133      +Capital Health System,   Attn: Patient Accounts,   1 Capital Way,   Pennington, NJ 08534-2520
516630134      +Capital Health System,   Attn: Patient Accoutns,   1 Capital Way,   Pennington, NJ 08534-2520
516767872       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516630135      +Capital Pathology,   PO Box 789292,   Philadelphia, PA 19178-9292
516630136      +Children's Specialized Hospital,   PO Box 15391,   Newark, NJ 07192-5391
516630137      +Comprehensive Sleep Associates of NJ,   PO Box 8500-9052,   Philadelphia, PA 19178-0001
516630138      +Credit Control, LLC,   PO Box 488,   Hazelwood, MO 63042-0488
516630139      +D&S LTD,   13809 Research BLvd.,   Suite 800,   Austin, TX 78750-1211
516630140    ++++DITECH,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,   332 Minnesota State  Suite 610,   Saint Paul, MN 55101)
516630141      +Ewing township sewer taxes,   2 Jake Garzio Drive,   Ewing, NJ 08628-1544
516642514      +Gorski & Knowlton PC,   311 Whitehorse Avenue,   Suite A,   Hamilton, NJ 08610-1430
516630143      +I.C. System, Inc.,   PO box 64373,   Saint Paul, MN 55164-0373
516630145      +Kols/capone,   N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
516630146      +Laboratory Corp of America Holdings,   PO Box 2240,   Burlington, NC 27216-2240
516630147      +Merchants & Medical Creditr Corp.,   6324 Taylor Drive,   Flint, MI 48507-4685
516630148      +Norma Lilia Chagoya-Garcia,   3 Manor House Drive,   Trenton, NJ 08638-1727
516630149      +Northland Group,   PO Box 129,   Thorofare, NJ 08086-0129
516630150      +Ocean Home Health,   QMES New Jersey Region,   PO Box 71413,   Philadelphia, PA 19176-1413
516630151      +Pleuse, Becker and Saltzman,   Attys for BNY/Mellon,   20000 Horizon Way, Suite 900,
                Mount Laurel, NJ 08054-4318
516630152      +State of New Jersey,   DCA BHI DORES,   PO Box 662,   Trenton, NJ 08646-0662
516630154       Sweeney and Sheehan attys for Aguilar,   John M. Corcoran, ESq.,   Sentry Office Plaza,
                216 Haddon Avenue, Suite 500,   Sewell, NJ 08080
516880103       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Ditech Financial LLC,   PO Box 6154,
                Rapid City, SD 57709-6154
517226662      +The Bank of New York Mellon,   PROBER & RAPHAEL, A LAW CORPORATION,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
517261723      +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,   Anaheim, CA 92806-5948
517261724      +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,   Anaheim, CA 92806,   The Bank of New York Mellon, et al,
                c/o Carrington Mortgage Services, LLC 92806-5948
516630155      +Trident Asst,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
516630157      +United States Attorney General,   US Department of Justice,   Ben Franklin Station,
                PO Box 683,   Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 23:30:52     Internal Revenue Service,
                955 South Springfield Avenue,   Building A,   Springfield, NJ  07081
516756014       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 23:38:01
                Ashley Funding Services, LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                Greenville, SC  29603-0587
516874894       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 23:38:38
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
516677628      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:48     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516870872      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:47     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517261724      +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 09 2020 23:30:35
                The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,   Anaheim, CA 92806,   The Bank of New York Mellon, et al,
                c/o Carrington Mortgage Services, LLC 92806-5948
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Jul 09, 2020
                              Form ID: pdf905           Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517261723      +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 09 2020 23:30:35
                 The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
516630156      +E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
516872294      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 23:38:02       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516630130         Albert Russo, Standing Chapter 13 Truste
cr*             +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
516630144*      +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
516630142     ##+Horizon Blue Cross Blue Shield of NJ,    PO Box 10193,    Newark, NJ 07101-3117
516630153     ##+Sure Recovery Service,    PO Box 818,    Jackson, NJ 08527-0818
                                                                          TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```