Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12247−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jorge E. Nieves Jr.
3 Manor House Drive
Ewing, NJ 08638

Social Security No.:
xxx−xx−7734

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 118 − 92
Amended Order Authorizing Retention of James Lessing (related document:92 Order on Application For Retention). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/23/2020. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 24, 2020
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12247-MBK
Jorge E. Nieves, Jr.                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1              Date Rcvd: Jul 24, 2020
                          Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
r          +James Lessing,   Gloria Nilson & Co.,   2346 Route 33,   Suite 107,
             Robbinsville, NJ 08691-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
        Candyce Ilene Smith-Sklar    on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com,
         r56958@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Sherri Jennifer Smith    on behalf of Creditor    The Bank of New York Mellon, Et Al...
         nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7