UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

**JORGE NIEVES,**

Debtor

Order Filed on September 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   17-12247(MBK)

Hearing Date:   8/4/2020; 9:00am

Chief Judge:   Michael B. Kaplan

Chapter   13

Recommended Local Form:   **X**   Followed   ___ Modified

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

DATED: September 1, 2020

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 202 and 204 Perry Street, Trenton, New Jersey 08618.

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. __X__ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    **OR:** ____ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $750.00 for representation in connection with this motion:

    _____ at closing        __X__ through the Plan        _____ outside the plan;

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The amount of **unknown** claimed as exempt may be paid to the Debtor.

7. The ___ *balance of proceeds* or the ___ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. ___ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this Order.

10. Other provisions: All non-exempt proceeds shall be disbursed to the Standing Chapter 13 Trustee.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 17-12247-MBK
Jorge E. Nieves, Jr.                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Sep 01, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db            +Jorge E. Nieves, Jr.,    3 Manor House Drive,    Ewing, NJ 08638-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Jorge E. Nieves, Jr. mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7