DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: ___17-12247___ |
| Jorge Nieves, | Chapter: ___13___ |
| Debtor | Judge: ___Michael B. Kaplan___ |

### NOTICE OF PROPOSED PRIVATE SALE

___Candyce Smith-Sklar, Esq.___, ___attorney for Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> CLERK UNITED STATES BANKRUPTCY COURT
> CLARKSON S. FISHER FED. COURTHOUSE
> 402 E. STATE STREET, ROOM 2
> TRENTON, NJ  08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan, Chief Judge___ on ___March 2, 2021___ at ___9___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 E. State Street, Trenton, NJ  08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   Apartment and storefront connected to the same located at 202 Perry Street, Trenton, NJ  08618

> Proposed Purchaser:
>
> Victor Maria Rodriguez
> 6731 Ogontz Avenue, Philadelphia, PA 19126

> Sale price:
> $115,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

> Name of Professional: Sklar Smith-Sklar, Esq.
>
> Amount to be paid:   $1,500
>
> Services rendered:   Review contract, prepare
> addendum to Contract of Sale
> obtained payoffs, research
> liens to determine if satisfied
> and document preparation for closing.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:              Candyce Smith-Sklar, Esq., c/o Law Offices of Sklar Smith-Sklar, LLC

Address:           1901 N. Olden Avenue, Suite 22, Ewing, NJ  08618

Telephone No.:  (609) 882-9800  Fax:  (609) 538-1399  email:  mail@njpalaw.com

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12247-MBK |
| Jorge E. Nieves, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2021 | Form ID: pdf905 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge E. Nieves, Jr., 3 Manor House Drive, Ewing, NJ 08638-1727 |
| r | + | Anna Appolonia, Hertiage House Sotheby's Int't. Realty, 38 Main Street, Holmdel, NJ 07733-2106 |
| lm | + | Ditech Mortgage, 332 Minnesota State, Suite 610, Saint Paul, MN 55101-1314 |
| r | + | James Lessing, Gloria Nilson & Co., 2346 Route 33, Suite 107, Robbinsville, NJ 08691-1419 |
| r | #+ | Marva Morris, Gloria Nilson & Co. Real Estate, 2346 Route 33, Suite 107, Robbinsville, NJ 08691-1419 |
| 516630131 | + | Allen Gorski, Esq, 311 Whitehorse Ave., Suite A, Trenton, NJ 08610-1430 |
| 516630132 | + | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 516630133 | + | Capital Health System, Attn: Patient Accounts, 1 Capital Way, Pennington, NJ 08534-2520 |
| 516630134 | + | Capital Health System, Attn: Patient Accoutns, 1 Capital Way, Pennington, NJ 08534-2520 |
| 516767872 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516630135 | + | Capital Pathology, PO Box 789292, Philadelphia, PA 19178-9292 |
| 516630136 | + | Children's Specialized Hospital, PO Box 15391, Newark, NJ 07192-5391 |
| 516630137 | + | Comprehensive Sleep Associates of NJ, PO Box 8500-9052, Philadelphia, PA 19178-0001 |
| 516630138 | + | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 516630139 | + | D&S LTD, 13809 Research BLvd., Suite 800, Austin, TX 78750-1211 |
| 516630140 | + | Ditech, 332 Minnesota State Suite 610, Saint Paul, MN 55101-1314 |
| 516630141 | + | Ewing township sewer taxes, 2 Jake Garzio Drive, Ewing, NJ 08628-1544 |
| 516642514 | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 516630143 | + | I.C. System, Inc., PO box 64373, Saint Paul, MN 55164-0373 |
| 516630145 | + | Kols/capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 516630146 | + | Laboratory Corp of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 516630147 | + | Merchants & Medical Creditr Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516630148 | + | Norma Lilia Chagoya-Garcia, 3 Manor House Drive, Trenton, NJ 08638-1727 |
| 516630149 | + | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 516630150 | + | Ocean Home Health, QMES New Jersey Region, PO Box 71413, Philadelphia, PA 19176-1413 |
| 516630151 | + | Pleuse, Becker and Saltzman, Attys for BNY/Mellon, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516630152 | + | State of New Jersey, DCA BHI DORES, PO Box 662, Trenton, NJ 08646-0662 |
| 516630154 | | Sweeney and Sheehan attys for Aguilar, John M. Corcoran, ESq., Sentry Office Plaza, 216 Haddon Avenue, Suite 500, Sewell, NJ 08080 |
| 516880103 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 517226662 | + | The Bank of New York Mellon, PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |
| 516630155 | + | Trident Asst, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 516630157 | + | United States Attorney General, US Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Feb 08, 2021 | Form ID: pdf905 | Total Noticed: 43

| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Feb 08 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 08 2021 20:50:00 | Internal Revenue Service, 955 South Springfield Avenue, Building A, Springfield, NJ 07081 |
| 516756014 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 08 2021 22:56:09 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516874894 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 08 2021 22:56:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516870872 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 08 2021 23:02:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516677628 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 08 2021 23:02:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517261723 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Feb 08 2021 20:49:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517261724 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Feb 08 2021 20:49:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 516630156 | + Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Feb 08 2021 20:51:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516872294 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Feb 08 2021 23:03:11 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516630130 | | Albert Russo, Standing Chapter 13 Truste |
| cr | *+ | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 516630144 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516630142 | ##+ | Horizon Blue Cross Blue Shield of NJ, PO Box 10193, Newark, NJ 07101-3117 |
| 516630153 | ##+ | Sure Recovery Service, PO Box 818, Jackson, NJ 08527-0818 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3            User: admin            Page 3 of 3

Date Rcvd: Feb 08, 2021            Form ID: pdf905            Total Noticed: 43

Date: Feb 10, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7