

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.

*Attorney for Debtor*

In Re:

**JORGE NIEVES,**

Debtor

**Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:   17-12247(MBK)

Hearing Date:   08/25/2021; 9:00am

Chief Judge:   Michael B. Kaplan

Chapter   13

Recommended Local Form:  **X**  Followed   ___  Modified

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 2, 2021**

*Michael B. Kaplan* (signature)
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 202 Perry Street, Trenton, New Jersey 08618.

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. __ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   **OR:** __X__ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $1,500.00 for representation in connection with this motion:

   _____ at closing        _____ through the Plan        __X__ outside the plan;

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The amount of **unknown** claimed as exempt may be paid to the Debtor.

7. The __ *balance of proceeds* or the __ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. \_\_\_ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this Order.

10. Other provisions: