UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Captioned in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

**JORGE NIEVES,**

                    Debtor

Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        17-12247(MBK)

Hearing Date:   08/25/2021; 9:00am

Chief Judge:    Michael B. Kaplan

Chapter             13

Recommended Local Form:   **X**   Followed      ____   Modified

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

     The relief set forth on the following pages numbered two (2) through three (3)  is hereby
**ORDERED.**

**DATED: September 2, 2021**

Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 202 Perry Street, Trenton, New Jersey 08618.

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order.  Until such satisfaction the real property is not free and clear of liens.

3. __  Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   **OR:   X**   Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions  upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $1,500.00 for representation in connection with this motion:

   _____ at closing          _____through the Plan        __X__outside the plan;

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The amount of **unknown** claimed as exempt may be paid to the Debtor.

7. The __ *balance of proceeds* or the ___ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. ___ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this
Order.

10. Other provisions:

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 17-12247-MBK

Jorge E. Nieves, Jr.                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jorge E. Nieves, Jr., 3 Manor House Drive, Ewing, NJ 08638-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS |

Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a
eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

U.S. Trustee

                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7