Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Jorge E. Nieves, Jr.,

**Order Filed on January 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No.:   17-12247-MBK |
| | } | |
| Jorge E. Nieves, Jr., | } | Chapter:   13 |
| | } | |
| | } | Chief Judge: Michael B. Kaplan |
| **Debtor(s)** | } | |
| | } | **FILED UNDER 7-DAY RULE** |

## ORDER TO APPROVE DISBURSEMENT OF EXEMPT PROCEEDS TO DEBTOR FOR SALE OF PROPERTY

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: January 28, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

**Debtor:** Melissa Pearson

**Case No.:** 17-12247-MBK

**Caption of Order:** Order to Approve Disbursement of exempt Proceeds from sale of property

The attorney for the Debtor having filed a Notice of Motion to Approve Disbursement of exempt proceeds from sale of property in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The Debtor to receive disbursement of exempt proceeds from the sale of property located at 202 Perry Street, Trenton NJ 08618 in the amount of $9,426.00.

2. All non-exempt proceeds will be disbursed to the Trustee to be distributed to all remaining secured, priority and general unsecured creditors.