Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Jorge E. Nieves, Jr.,

Order Filed on January 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No.: 17-12247-MBK |
| Jorge E. Nieves, Jr., | Chapter: 13 |
| | Chief Judge: Michael B. Kaplan |
| **Debtor(s)** | **FILED UNDER 7-DAY RULE** |

## ORDER TO APPROVE DISBURSEMENT OF EXEMPT PROCEEDS TO DEBTOR FOR SALE OF PROPERTY

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: January 28, 2022**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:** Melissa Pearson

**Case No.:** 17-12247-MBK

**Caption of Order:** Order to Approve Disbursement of exempt Proceeds from sale of property

The attorney for the Debtor having filed a Notice of Motion to Approve Disbursement of exempt proceeds from sale of property in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The Debtor to receive disbursement of exempt proceeds from the sale of property located at 202 Perry Street, Trenton NJ 08618 in the amount of $9,426.00.

2. All non-exempt proceeds will be disbursed to the Trustee to be distributed to all remaining secured, priority and general unsecured creditors.

United States Bankruptcy Court

District of New Jersey

In re:

Jorge E. Nieves, Jr.

    Debtor

Case No. 17-12247-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jorge E. Nieves, Jr., 3 Manor House Drive, Ewing, NJ 08638-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 28, 2022 | Form ID: pdf903 | Total Noticed: 1

                Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a
                eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Francis J. Ballak

                on behalf of Creditor City of Trenton francis@gmslaw.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8