| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jorge E. Nieves Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7734<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–12247–MBK | | |

# Order of Discharge       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jorge E. Nieves Jr.

<u>5/17/22</u>                    **By the court:** <u>Michael B. Kaplan</u>
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                                                                                                     Case No. 17-12247-MBK

Jorge E. Nieves, Jr.                                                                                                                                                                                                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                                                   Page 1 of 3

Date Rcvd: May 17, 2022                          Form ID: 3180W                                                  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge E. Nieves, Jr., 3 Manor House Drive, Ewing, NJ 08638-1727 |
| r | + | Anna Appolonia, Hertiage House Sotheby's Int't. Realty, 38 Main Street, Holmdel, NJ 07733-2106 |
| cr | + | City of Trenton, 319 E. State St., Trenton, NJ 08608-1809 |
| lm | + | Ditech Mortgage, 332 Minnesota State, Suite 610, Saint Paul, MN 55101-1314 |
| r | + | James Lessing, Gloria Nilson & Co., 2346 Route 33, Suite 107, Robbinsville, NJ 08691-1419 |
| 516630131 | + | Allen Gorski, Esq, 311 Whitehorse Ave., Suite A, Trenton, NJ 08610-1430 |
| 516630132 | + | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 516630133 | + | Capital Health System, Attn: Patient Accounts, 1 Capital Way, Pennington, NJ 08534-2520 |
| 516630134 | + | Capital Health System, Attn: Patient Accoutns, 1 Capital Way, Pennington, NJ 08534-2520 |
| 516630135 | + | Capital Pathology, PO Box 789292, Philadelphia, PA 19178-9292 |
| 516630136 | + | Children's Specialized Hospital, PO Box 15391, Newark, NJ 07192-5391 |
| 516630137 | + | Comprehensive Sleep Associates of NJ, PO Box 8500-9052, Philadelphia, PA 19178-0001 |
| 516630138 | + | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 516630139 | + | D&S LTD, 13809 Research BLvd., Suite 800, Austin, TX 78750-1211 |
| 516630140 | + | Ditech, 332 Minnesota State Suite 610, Saint Paul, MN 55101-1314 |
| 516630141 | + | Ewing township sewer taxes, 2 Jake Garzio Drive, Ewing, NJ 08628-1544 |
| 516642514 | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 516630143 | + | I.C. System, Inc., PO box 64373, Saint Paul, MN 55164-0373 |
| 516630145 | + | Kols/capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 516630146 | + | Laboratory Corp of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 516630148 | + | Norma Lilia Chagoya-Garcia, 3 Manor House Drive, Trenton, NJ 08638-1727 |
| 516630149 | + | Northland Group, PO Box 129, Thorofare, NJ 08086-0129 |
| 516630150 | + | Ocean Home Health, QMES New Jersey Region, PO Box 71413, Philadelphia, PA 19176-1413 |
| 516630151 | + | Pleuse, Becker and Saltzman, Attys for BNY/Mellon, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516630152 | + | State of New Jersey, DCA BHI DORES, PO Box 662, Trenton, NJ 08646-0662 |
| 516630154 | | Sweeney and Sheehan attys for Aguilar, John M. Corcoran, ESq., Sentry Office Plaza, 216 Haddon Avenue, Suite 500, Sewell, NJ 08080 |
| 516880103 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 516630155 | + | Trident Asst, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 516630157 | + | United States Attorney General, US Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | May 18 2022 00:43:00 | Internal Revenue Service, 955 South Springfield |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Avenue, Building A, Springfield, NJ 07081 |
| 516756014 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:18 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516874894 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:18 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516767872 | | Email/PDF: bncnotices@becket-lee.com | May 17 2022 20:51:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516630138 | ^ | MEBN | May 17 2022 20:39:27 | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 516630147 | + | Email/Text: bankruptcy@mermed.com | May 17 2022 20:42:00 | Merchants & Medical Creditr Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516870872 | + | EDI: RMSC.COM | May 18 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516677628 | + | EDI: RMSC.COM | May 18 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517226662 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 20:41:00 | The Bank of New York Mellon, PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |
| 517261723 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 20:41:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517261724 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 17 2022 20:41:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 516630156 | + | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516872294 | + | EDI: AIS.COM | May 18 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516630130 | | Albert Russo, Standing Chapter 13 Truste |
| cr | *+ | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 516630144 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| r | ##+ | Marva Morris, Gloria Nilson & Co. Real Estate, 2346 Route 33, Suite 107, Robbinsville, NJ 08691-1419 |
| 516630142 | ##+ | Horizon Blue Cross Blue Shield of NJ, PO Box 10193, Newark, NJ 07101-3117 |
| 516630153 | ##+ | Sure Recovery Service, PO Box 818, Jackson, NJ 08527-0818 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 43 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Francis J. Ballak | on behalf of Creditor City of Trenton francis@gmslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8