Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12247−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge E. Nieves Jr.
   3 Manorhous Dr
   Ewing, NJ 08638−1727

Social Security No.:
   xxx−xx−7734

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 1, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 163 − 159
Order Denying Application For Payment of Unclaimed Funds (Related Doc # 159). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/1/2024. (wiq)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 1, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12247-MBK |
| Jorge E. Nieves, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: orderntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jorge E. Nieves, Jr., 3 Manorhous Dr, Ewing, NJ 08638-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 03, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves  Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Francis J. Ballak | on behalf of Creditor City of Trenton francis@gmslaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: orderntc | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8