UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jorge E. Nieves, Jr.

Case No.: 17-12247

Chapter: 13

Judge: Michael B. Kaplan

# ORDER DENYING APPLICATION FOR PAYMENT
# OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 1, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

An Application for Payment of Unclaimed Funds ("Application") was filed on October 30, 2023 by Jorge E. Nieves (ECF No. 159). The Court reviewed that Application, and following review entered a Notice of Deficiency in the Application for Payment of Unclaimed Funds ("Notice", ECF No. 162) on January 26, 2024 which identified the Certification of Service as missing. As of the date of this Order, the Court has not received the requested Certification of Service and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

**ORDERED** that the Application is denied.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12247-MBK |
| Jorge E. Nieves, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jorge E. Nieves, Jr., 3 Manorhous Dr, Ewing, NJ 08638-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jorge E. Nieves Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for registered Holders of CWABS Inc., Asset-Backed Certificates, Series 2006-6, through Carrington Mortgage Services, LLC, servicer a eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Francis J. Ballak | on behalf of Creditor City of Trenton francis@gmslaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8